# IN THE UNITED STATES DISTRICT COURT

## for the Middle District of Louisiana

**JESSICA CARLINE**

                                    **Plaintiff...**

                v.

**Samsung Electronics America, Inc.**

                            **Defendant...**

Case No.  _____

**ORIGINAL COMPLAINT FOR PRODUCT LIABILITY**

## PLAINTIFF's ORIGINAL COMPLAINT FOR PRODUCT LIABILITY

# 1

# PARTIES

**1.1  Plaintiff**: The Plaintiff, **Jessica Carline**, is an adult individual residing at 15310 Harris St, Rosedale, Louisiana 70772. At all times relevant to this action, Plaintiff was using a Samsung Galaxy phone that was manufactured, marketed, and sold by the Defendant. The Plaintiff sustained severe personal injuries in Louisiana as a result of the defective condition of the product.

**1.2  Defendant:** The Defendant, **Samsung Electronics America, Inc.** is a foreign corporation duly organized and existing under the laws of the State of New York, with its principal place of business located at 85 Challenger Road, Ridgefield Park, New Jersey 07660. The Defendant is authorized to do business in the State of Louisiana and has designated C T Corporation System, located at 3867 Plaza Tower Dr., Baton Rouge, Louisiana 70816, as its registered agent for service of process. The Defendant is engaged in the business of manufacturing, marketing, and selling consumer electronics, including the Samsung Galaxy phone at issue in this case.

# 2

## JURISDICTION AND VENUE

**2.1**   This Court has subject matter jurisdiction over this action pursuant to Louisiana Code of Civil Procedure Article 2, as this is a civil action seeking damages that exceed the minimum jurisdictional amount required for this Court.

**2.2**   This Court has **personal jurisdiction** over the Defendant, Samsung Electronics America, Inc. because the Defendant conducts substantial business activities within the State of Louisiana. The Defendant has designated C T Corporation System, located at 3867 Plaza Tower Dr., Baton Rouge, LA 70816, as its registered agent for service of process in Louisiana. Furthermore, the Plaintiff, Jessica Carline, a resident of Rosedale, Louisiana, sustained severe injuries as a result of the Defendant's defective product while in Louisiana.

**2.3 Venue:** Venue is proper in this Court pursuant to Louisiana Code of Civil Procedure Article 74, as the incident that gives rise to this action occurred within the State of Louisiana, specifically in Rosedale, Louisiana. Additionally, the Defendant is subject to the Court's jurisdiction in this district through its registered agent for service of process, C T Corporation System, located in Baton Rouge, Louisiana.

**2.4**   The selected venue is convenient for both parties and witnesses, and there is no other venue that would more appropriately serve the interests of justice.

3

## NATURE OF THE ACTION

**3.1**   This is a civil action for damages arising out of a catastrophic incident involving a defective Samsung Galaxy phone, which resulted in severe personal injuries to the Plaintiff. While engaged in a routine phone conversation, the Plaintiff suffered life-altering injuries when the phone suddenly and unexpectedly exploded, causing third-degree burns to her ear.

**3.2**   This action seeks to hold Samsung Electronics America, Inc. accountable for manufacturing, marketing, and selling a product that was unreasonably dangerous due to a defect present at the time of sale. The Plaintiff asserts claims under the Louisiana Products Liability Act (LPLA) for strict liability, as well as claims for negligence, seeking full compensation for the substantial physical, emotional, and financial harm suffered as a direct result of the Defendant's conduct.

**3.3**   The phone in question, Samsung A13 identified by IMEI number 355563575284060, has been secured for expert evaluation. Following the incident, the Plaintiff sought emergency medical treatment and continues to receive weekly care at the hospital's burn unit. She suffers from severe pain, ringing in her ears, dizziness, balance issues, anxiety, and insomnia. Medical

records and photographic evidence of her injuries will be supplemented at a later date.

**3.4** The Plaintiff's injuries are severe and permanent, and this action is brought to secure justice and fair compensation for the harm inflicted by the Defendant's defective product.

**4**

# FACTUAL ALLEGATIONS

**4.1** On August 12, 2023, while Plaintiff, Jessica Carline, was using her Samsung Galaxy phone at her residence located at 15310 Harris St, Rosedale, LA 70772, the device unexpectedly exploded. The explosion occurred while the Plaintiff was engaged in a phone conversation, resulting in intense heat and force.

**4.2** The defective product is identified as a Samsung Galaxy phone with IMEI number 355563575284060. The defect in the phone led to the explosion, causing severe injuries to the Plaintiff.

> **4.2.1** Following the explosion, the Plaintiff was transported by Acadian Ambulance Services to Baton Rouge General Medical Mid-City. The ambulance report documented severe burns to the Plaintiff's right ear, and she was subsequently admitted to the hospital for emergency treatment.

> **4.2.2** Plaintiff has sustained third-degree burns and continues to receive weekly medical care at the burn unit. She has experienced significant physical pain, persistent ringing in her ears, dizziness, balance issues, extreme anxiety, and insomnia. These injuries have profoundly impacted her daily life and overall well-being.

> **4.2.3** Samsung Electronics America, Inc. manufactured, marketed, and sold the Samsung Galaxy phone that was defective and unreasonably dangerous at the time of sale. The Defendant's failure to ensure the safety and reliability of the product directly led to the Plaintiff's injuries.

**4.3** The Defendant's negligence and the defect in the product are directly linked to the Plaintiff's severe injuries and ongoing damages. The Plaintiff seeks full compensation for medical expenses, pain and suffering, and other damages resulting from the Defendant's conduct.

**4.4** The Plaintiff's medical records and ambulance reports will be provided to substantiate the claims of injury and ongoing treatment. Insurance information includes coverage under Louisiana Healthcare Connections, with any out-of-pocket expenses to be supplemented.

**5**

# CLAIMS FOR RELIEF

# A. Strict Product Liability:

**5.1**  Plaintiff asserts a claim for strict product liability under the Louisiana Products Liability Act (LPLA), La. R.S. 9:2800.51 et seq. The LPLA provides that a manufacturer is liable for harm caused by a defect in its product, regardless of fault.
   `

**5.2**  The Samsung Galaxy phone involved in this case was defectively designed and manufactured, making it unreasonably dangerous at the time of sale.

**5.3**  On August 12, 2023, while the Plaintiff, Jessica Carline, was using the phone, it exploded, causing severe third-degree burns to her right ear.

**5.4**  The phone has been secured for expert evaluation to determine the specific defect.

**5.5**  **Legal Precedents and References:**

**5.5.1**  **Case Law**: *Davis v. Toyota Motor Corp.*, 794 So.2d 907 (La. Ct. App. 2001) supports that a manufacturer is strictly liable for defects in their products that cause harm to users.

**5.5.2**  **Statutory Provisions**: La. R.S. 9:2800.54 outlines the criteria for proving a product defect under the LPLA, which includes proving that the product was defectively designed, manufactured, or lacked adequate warnings.

**5.6**  **Detail the Relief:**

Plaintiff seeks full compensation for,

**5.6.1**  **Medical Expenses**: All costs incurred for the treatment of third-degree burns, including hospitalization, emergency room visits, and ongoing medical care.

**5.6.2**  **Future Medical Costs**: Anticipated expenses for future medical treatments related to the injuries.

**5.6.3**  **Pain and Suffering**: Compensation for the physical pain and emotional distress caused by the injuries.

**5.6.4     Legal Precision**:     Plaintiff requests that the Court award damages in an amount to be determined at trial, reflecting the severity of the injuries and the impact on the Plaintiff's life.

# B. Negligence

**5.7     Legal Grounds**: Plaintiff asserts a claim for negligence against Samsung Electronics America, Inc. The Plaintiff alleges that the Defendant breached its duty of care by failing to ensure the safety of the Samsung Galaxy phone, leading to Plaintiff's injuries.

**5.8     Supporting Facts:** The Defendant's failure to implement proper safety measures and quality control resulted in a product defect that caused the phone to explode.

**5.9     The Plaintiff's injuries were a direct result of this negligence, as evidenced by medical records and the ambulance report.

**5.10     Legal Precedents and Statutory References:**

**5.10.1     Case Law**: *Jackson v. American Honda Motor Co., Inc.*, 131 F.3d 448 (5th Cir. 1997) illustrates the standard for proving negligence in product liability cases, emphasizing the manufacturer's duty to prevent harm through reasonable care.

**5.10.2     Statutory Provisions**: Louisiana Civil Code Art. 2315 provides for damages resulting from negligence, including medical expenses, pain and suffering, and loss of enjoyment of life.

**5.11 Detail the Relief:**

**Compensatory Damages**: Plaintiff seeks:

**5.11.1     Medical Expenses**: For past and future treatment related to the burn injuries.

**5.11.2     Lost Wages**: If applicable, for any income lost due to the Plaintiff's inability to work as a result of the injuries.

**5.11.3     Non-Economic Damages**: For emotional distress, mental anguish, and diminished quality of life.

**5.12     Legal Precision**: Plaintiff requests damages in an amount to be determined by the Court, taking into account the full extent of harm and losses sustained.

# C. Punitive Damages

**5.13**      **Legal Grounds**: Plaintiff seeks punitive damages due to the Defendant's gross negligence and willful disregard for consumer safety. Punitive damages are appropriate where the Defendant's conduct is found to be particularly egregious.

**5.14**      **Supporting Facts**: The Defendant's conduct involved a reckless disregard for the safety of consumers, as the defective product was knowingly sold without adequate safety measures or warnings.

**5.15**      Updated Legal Precedents and Statutory References:

**5.15.1**      **Case Law**: *Barker v. Lull Engineering Co.*, 20 Cal.3d 413 (1978) supports the awarding of punitive damages where a manufacturer's conduct is deemed egregious.

**5.15.2**      **Statutory Provisions**: Louisiana Civil Code Art. 2315.4 permits punitive damages for acts of gross negligence and intentional misconduct.

**5.16**      **Detail the Relief:**

**5.16.1**      **Punitive Damages**: Plaintiff requests an award of punitive damages to punish the Defendant for its misconduct and to deter similar future conduct.

# D. Other Relief

**5.17 Legal Grounds**: Plaintiff also seeks other relief as deemed appropriate by the Court, including injunctive relief and restitution.

**5.18 Supporting Facts**: Given the seriousness of the defect and the harm caused, additional relief is sought to address any broader implications of the Defendant's actions.

**5.19 Legal Precedents and Statutory References:**

**5.19.1**      **Case Law**: *Miller v. Coles*, 85 F.3d 1223 (9th Cir. 1996) allows for the request of injunctive relief in cases involving public safety concerns.

**5.19.2**      **Statutory Provisions**: Louisiana Code of Civil Procedure Art. 3601 permits the court to grant injunctive relief to prevent ongoing or future harm.

**5.20**      **Detail the Relief:**

**5.20.1    Injunctive Relief**: To prevent Samsung Electronics America, Inc. from selling or distributing defective products.

**5.20.2    Restitution**: For any additional losses incurred as a result of the Defendant's actions.

**5.21**    Legal Precision: Plaintiff reserves the right to amend these claims for relief as further evidence and information become available.

**6**

# DAMAGES

**6**    As a direct and proximate result of Defendant's actions and the defective product, Plaintiff has sustained the following damages:

**6.1  Medical expenses:** Plaintiff has incurred and will continue to incur substantial costs for medical treatment, including emergency care, hospitalization, follow-up visits, medication, and future medical interventions necessary to address the injuries caused by the defective product.

**6.2  Pain and suffering:** Plaintiff has endured significant physical pain and discomfort as a direct result of the injuries sustained from the defective product, which has had a profound impact on Plaintiff's daily life and overall well-being.

**6.3  Emotional distress:** The incident has caused Plaintiff severe emotional distress, including but not limited to anxiety, fear, and trauma, which has adversely affected Plaintiff's mental health and quality of life.

**6.4  Loss of quality of life:** Plaintiff's ability to enjoy life's activities has been substantially diminished due to the injuries and emotional impact, leading to a marked reduction in overall life satisfaction and personal fulfillment.

**6.5  Other consequential damages:** Plaintiff has suffered and will continue to suffer additional damages, both economic and non-economic, as a direct consequence of Defendant's negligence and the defective product, including potential loss of earnings, future medical expenses, and other related losses.

# PRAYER FOR RELIEF

Wherefore, the Plaintiff respectfully requests that this Court grant the following relief:

1. **Compensatory Damages:**
   Award Plaintiff compensatory damages in an amount to be determined at trial, for the economic and non-economic losses suffered, including but not limited to medical expenses, pain and suffering, emotional distress, and loss of quality of life.

2. **Punitive Damages:**
   Award Plaintiff punitive damages in an amount sufficient to punish the Defendant and deter similar future conduct, given the willful and reckless nature of the Defendant's actions.

3. **Statutory Damages:**
   Award any and all statutory damages applicable under state law, including those under the Louisiana Products Liability Act (LPLA).

4. **Injunctive Relief:**
   Issue an injunction prohibiting the Defendant from continuing to sell or distribute the defective product to prevent further harm to consumers.

5. **Pre- and Post-Judgment Interest:**
   Award Plaintiff pre-judgment and post-judgment interest on all damages awarded, as allowed by law.

6. **Attorney's Fees and Costs:**
   Award Plaintiff reasonable attorney's fees and costs incurred in bringing this action, as permitted by law.

7. These damages exceed the Court's jurisdictional minimum and exceed $75,001.00. Plaintiff also seeks prejudgment interest, post judgment interest, and court costs.

8. **Other Relief:**
   Grant any such other and further relief as the Court deems just, equitable, and proper under the circumstances.

**Respectfully Submitted,**

**s/ Felicia F Davis**

**Bar   ID # 26011**

**1160 Louisiana Avenue, Port Allen La 70767**

**Email:  ffdlaw@hallsinc.net**

**Telephone: (225) 381-8070**